**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 644 MAL 2018
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
JUSTIN W. YIM, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.